# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| William Blake,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-04309-PHX DGC<br><br>**ORDER** |
| Glenn Blanton,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03199-PHX DGC<br><br>**ORDER** |
| Margaret Boswell,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-00367-PHX DGC<br><br>**ORDER** |
| Farid Boumoumediene,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-04573-PHX DGC<br><br>**ORDER** |

2

| | |
|---|---|
| Janice Bourn,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-04682-PHX DGC<br><br>**ORDER** |
| Sybil Boyd,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-04142-PHX DGC<br><br>**ORDER** |
| Thomas Boykin,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-04485-PHX DGC<br><br>**ORDER** |
| Gladys Boykin,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-03589-PHX DGC<br><br>**ORDER** |
| Joshua Brackens,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-03866-PHX DGC<br><br>**ORDER** |
| James Bratcher,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-03585-PHX DGC<br><br>**ORDER** |

2

| | |
|---|---|
| Robert Brown,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03109-PHX DGC<br><br>**ORDER** |
| Cheryl Brown,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03672-PHX DGC<br><br>**ORDER** |
| Ralph Brown,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-02651-PHX DGC<br><br>**ORDER** |
| Merloren Butts,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03257-PHX DGC<br><br>**ORDER** |
| Caroline Caleb,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-03462-PHX DGC<br><br>**ORDER** |
| Bruce Callaway,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00699-PHX DGC<br><br>**ORDER** |

3

| | |
|---|---|
| Nellie Campbell,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-04191-PHX DGC<br><br>**ORDER** |
| Tara Carney,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-02667-PHX DGC<br><br>**ORDER** |
| Judy Chaney,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03617-PHX DGC<br><br>**ORDER** |
| William Chaverst,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-00782-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21019.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21019) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 7th day of January, 2020.

*David G. Campbell*

David G. Campbell
Senior United States District Judge